# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| David R. Black | § | Case No. 14-11774 |
| Shaila M. Black | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 03/31/2014 .   The undersigned trustee was appointed on  06/02/2015 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of        $     144,586.40

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 56,556.47 |
| Bank service fees | 506.04 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 10,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 77,523.89 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was  09/03/2015  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 8,021.23 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 8,021.23 , for a total compensation of $ 8,021.23 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 23.10 , for total expenses of $ 23.10 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/13/2016      By:/s/Zane L. Zielinski
                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 14-11774 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | David R. Black | | | | Date Filed (f) or Converted (c): | 03/31/2014 (f) |
| | Shaila M. Black | | | | 341(a) Meeting Date: | 05/08/2014 |
| For Period Ending: | 04/13/2016 | | | | Claims Bar Date: | 09/03/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  306 W Frech St, Streator IL 61364 | 31,000.00 | 1,200.00 | | 0.00 | FA |
| 2.  Checking account - Streator Onized | 150.00 | 150.00 | | 0.00 | FA |
| 3.  Savings account - Streator Onized | 100.00 | 100.00 | | 0.00 | FA |
| 4.  Household goods and furnishings, including audio, video, and | 900.00 | 0.00 | | 0.00 | FA |
| 5.  Wearing Apparel | 60.00 | 0.00 | | 0.00 | FA |
| 6.  401-K - Caterpillar | Unknown | Unknown | | 0.00 | FA |
| 7.  2001 Dodge | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 8.  2003 Jeep | 3,500.00 | 1,100.00 | | 0.00 | FA |
| 9.  medical device settlement (u) | Unknown | 134,586.40 | | 144,586.40 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $38,710.00 | $140,136.40 | | $144,586.40 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is investigating a personal injury case.

Exhibit A

| RE PROP # | 1 | -- | Petitioner, David Black, has an equitable interest in this current warranty of a home. |
| RE PROP # | 3 | -- | Savings account - Streator Onized |
| RE PROP # | 4 | -- | Miscellaneous household goods, furniture & furnishings |
| RE PROP # | 5 | -- | Wearing apparel |
| RE PROP # | 6 | -- | 401-K - Caterpillar.  The Debtor took a full exemption in this asset which was scheduled with an unknown value. |
| RE PROP # | 7 | -- | 2001 Dodge |
| RE PROP # | 8 | -- | 2003 Jeep |
| RE PROP # | 9 | -- | The Debtor failed to schedule this claim on Schedule B.  The Debtor filed an Amended Schedule C to assert an exemption.  The Debtor received an initial payment of $5,000 of their exemption, and the Trustee paid the remaining $10,000 exemption pursuant to a court order. |

Initial Projected Date of Final Report (TFR): 06/30/2016          Current Projected Date of Final Report (TFR): 06/30/2016

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | | | |
|---|---|---|---|
| Case No: | 14-11774 | Trustee Name: | Zane L. Zielinski |
| Case Name: | David R. Black | Bank Name: | Associated Bank |
| | Shaila M. Black | Account Number/CD#: | XXXXXX4461 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3262 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 04/13/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/11/15 | 9 | Infuse Litigation Team
2905 Sacektt Street
Houston Tx 77098 | Settlement Proceeds (PI Case) | 1242-000 | $144,586.40 | | $144,586.40 |
| 12/22/15 | 5001 | David Black | Personal Injury Exemption payment
306  W. Frech Street, Streator, IL  61364 | 8100-002 | | $10,000.00 | $134,586.40 |
| 12/23/15 | 5002 | Associates, Matthews &
2905 Sackett St.
Houston, Texas 77098
713 522-5250 (phone) | Special Counsel Fees | 3210-000 | | $43,375.92 | $91,210.48 |
| 12/23/15 | 5003 | Matthews & Associates
Matthews & Associates
2905 Sackett St.
Houston, Texas 77098 | Special Counsel Expenses | 3220-000 | | $6,315.85 | $84,894.63 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.01 | $84,780.62 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $154.64 | $84,625.98 |
| 02/29/16 | 5004 | Arthur B. Levine Company
Maria Sponza
Adams-Levine
60 East 42nd Street, Room 965
New York, New York 10165 | Bond Payment | 2300-000 | | $81.10 | $84,544.88 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $117.69 | $84,427.19 |
| 03/09/16 | 5005 | The Law Offices of William J. Factor, LTD
105 W. Madison
Suite 1500
Chicago, IL 60602 | Attorney's fees | 3110-000 | | $6,726.50 | $77,700.69 |

| | | | |
|---|---|---|---|
| Page Subtotals: | | $144,586.40 | $66,885.71 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-11774 | Trustee Name: Zane L. Zielinski |
| Case Name: David R. Black | Bank Name: Associated Bank |
| Shaila M. Black | Account Number/CD#: XXXXXX4461 |
| | Checking |
| Taxpayer ID No: XX-XXX3262 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/13/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/09/16 | 5006 | Law Offices of William J. Factor, LTD 105 W. Madison Suite 1500 Chicago, Illinois 60602 | Attorney's Expenses | 3120-000 | | $57.10 | $77,643.59 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $119.70 | $77,523.89 |

| | | |
|---|---|---|
| COLUMN TOTALS | $144,586.40 | $67,062.51 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $144,586.40 | $67,062.51 |
| Less: Payments to Debtors | $0.00 | $10,000.00 |
| Net | $144,586.40 | $57,062.51 |

Page Subtotals:          $0.00          $176.80

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4461 - Checking | $144,586.40 | $57,062.51 | $77,523.89 |
| | $144,586.40 | $57,062.51 | $77,523.89 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $144,586.40 |
| Total Gross Receipts: | $144,586.40 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-11774

Debtor Name: David R. Black

Claims Bar Date: 9/3/2015

Date: April 13, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $8,021.23 | $8,021.23 |
| 100 2200 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $23.10 | $23.10 |
| 100 3110 | The Law Offices of William J.<br>Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Administrative | | $0.00 | $6,726.50 | $6,726.50 |
| 100 3120 | Law Offices of William J. Factor,<br>LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, Illinois 60602 | Administrative | | $0.00 | $57.10 | $57.10 |
| 100 3210 | Matthews & Associates<br>2905 Sackett St.<br>Houston, Texas 77098<br>713 522-5250 (phone) | Administrative | | $43,375.92 | $43,375.92 | $43,375.92 |
| 100 3220 | Matthews & Associates<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, Texas 77098 | Administrative | | $6,315.85 | $6,315.85 | $6,315.85 |
| 1 300 7100 | Atlas Acquisitions Llc (First<br>Premier Bank)<br>294 Union St.<br>Hackensack, Nj 07601 | Unsecured | | $0.00 | $542.62 | $542.62 |
| 2 300 7100 | World Finance<br>2744 Columbus St<br>Ottawa, Il 61350 | Unsecured | | $0.00 | $2,011.74 | $2,011.74 |
| 3 300 7100 | Creditors Collection Bureau<br>755 Almar Parkway<br>Bourbonnais Il 60914 | Unsecured | | $0.00 | $1,698.56 | $1,698.56 |

Page 1

Printed: April 13, 2016

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 14-11774                                                                          Date: April 13, 2016
Debtor Name: David R. Black
Claims Bar Date: 9/3/2015

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>300<br>7100 | Matthew Mosher | Unsecured | | $0.00 | $7,000.60 | $7,000.60 |
| 7<br>300<br>7100 | Pain & Spine Institute<br>744 Essington Rd<br>Joliet, Il 60435-4912 | Unsecured | | $0.00 | $11,480.56 | $11,480.56 |
| 8<br>300<br>7100 | Heights Finance Corp.<br>169 Thunderbird Lane<br>East Peoira, Il. 61536 | Unsecured | | $0.00 | $2,431.50 | $2,431.50 |
| 4<br>350<br>7200 | Illinois Urologic Health Surgeons<br>600 E First St<br>Spring Valley, Il 61362 | Unsecured | | $0.00 | $1,137.19 | $1,137.19 |
| 5<br>350<br>7200 | Creditors Discount & Audit Co<br>415 E Main St<br>Po Box 213<br>Streator, Il 61364-0213 | Unsecured | | $0.00 | $3,934.80 | $3,934.80 |
| | Case Totals | | | $49,691.77 | $94,757.27 | $94,757.27 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-11774
Case Name: David R. Black
          Shaila M. Black
Trustee Name: Zane L. Zielinski

Balance on hand          $      77,523.89

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 8,021.23 | $ 0.00 | $ 8,021.23 |
| Trustee Expenses: Zane L. Zielinski | $ 23.10 | $ 0.00 | $ 23.10 |
| Attorney for Trustee Fees: The Law Offices of William J. Factor, LTD | $ 6,726.50 | $ 6,726.50 | $ 0.00 |
| Other: Law Offices of William J. Factor, LTD | $ 57.10 | $ 57.10 | $ 0.00 |
| Other: Matthews & Associates | $ 43,375.92 | $ 43,375.92 | $ 0.00 |
| Other: Matthews & Associates | $ 6,315.85 | $ 6,315.85 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $ 8,044.33

Remaining Balance    $ 69,479.56

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,165.58  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (First Premier Bank) | $            542.62 | $            0.00 | $            542.62 |
| 2 | World Finance | $         2,011.74 | $            0.00 | $         2,011.74 |
| 3 | Creditors Collection Bureau | $         1,698.56 | $            0.00 | $         1,698.56 |
| 6 | Matthew Mosher | $         7,000.60 | $            0.00 | $         7,000.60 |
| 7 | Pain & Spine Institute | $       11,480.56 | $            0.00 | $       11,480.56 |
| 8 | Heights Finance Corp. | $         2,431.50 | $            0.00 | $         2,431.50 |

Total to be paid to timely general unsecured creditors             $            25,165.58

Remaining Balance                                                                  $            44,313.98

Tardily filed claims of general (unsecured) creditors totaling $ 5,071.99  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  100.0  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Illinois Urologic Health Surgeons | $ 1,137.19 | $ 0.00 | $ 1,137.19 |
| 5 | Creditors Discount & Audit Co | $ 3,934.80 | $ 0.00 | $ 3,934.80 |

Total to be paid to tardy general unsecured creditors $ 5,071.99

Remaining Balance $ 39,241.99

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 80.24 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 39,161.75 .