# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| David R. Black and Shaila M. Black, | Bankruptcy No. 14-11774 |
| | Honorable Bruce W. Black |
| Debtors. | |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the *Notice of Trustee's Final Report and Applications for Compensation (Docket #41)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on April 14, 2016.

Dated: April 14, 2016

**Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **David R. Black and Shaila M. Black,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
   ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

- **Denise A Delaurent**   USTPRegion11.es.ecf@usdoj.gov, Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
- **Ariane Holtschlag**   aholtschlag@wfactorlaw.com, bharlow@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Sara E Lorber**   slorber@wfactorlaw.com, slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com
- **Marc C Scheinbaum**   amerlincat@aol.com
- **Thomas B Sullivan**   tsullivan@wfactorlaw.com, IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
- **Stephen J West**   tmalaw@sjwlawott.com

## MANUAL SERVICE LIST

| **VIA U.S. MAIL** | **VIA U.S. MAIL** |
|---|---|
| Atlas Acquisitions Llc (First Premier Bank)<br>294 Union St.<br>Hackensack, NJ 07601 | World Finance<br>2744 Columbus St<br>Ottawa, Il 61350 |
| **VIA U.S. MAIL**<br>Creditors Collection Bureau<br>755 Almar Parkway<br>Bourbonnais Il 60914 | **VIA U.S. MAIL**<br>Pain & Spine Institute<br>744 Essington Rd<br>Joliet, Il 60435-4912 |
| **VIA U.S. MAIL**<br>Heights Finance Corp.<br>169 Thunderbird Lane<br>East Peoira, Il. 61536 | **VIA U.S. MAIL**<br>Illinois Urologic Health Surgeons<br>600 E First St<br>Spring Valley, Il 61362 |
| **VIA U.S. MAIL**<br>Creditors Discount & Audit Co<br>415 E Main St<br>Po Box 213<br>Streator, Il 61364-0213 | **VIA U.S. MAIL**<br>**Mathew Mosher**<br>1108 Lakewood Drive<br>Ottawa, IL 61350 |

**VIA U.S. MAIL**
David and Shaila Black
306 W Frech St
Streator, IL 61364