UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
David R. Black § Case No. 14-11774
Shaila M. Black §
 §
 §
Debtors §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 17,950.00 *(Without deducting any secured claims)* | Assets Exempt: 30,760.00 |
| Total Distributions to Claimants: 30,317.81 | Claims Discharged Without Payment: 0.00 |
| Total Expenses of Administration: 65,106.84 | |

3) Total gross receipts of $ 144,586.40  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 49,161.75  (see **Exhibit 2**), yielded net receipts of $ 95,424.65  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 65,106.84 | 65,106.84 | 65,106.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 30,237.57 | 30,237.57 | 30,317.81 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 95,344.41 | $ 95,344.41 | $ 95,424.65 |

4) This case was originally filed under chapter 7 on 03/31/2014 . The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/08/2016          By:/s/Zane L. Zielinski
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| medical device settlement | 1242-000 | 144,586.40 |
| **TOTAL GROSS RECEIPTS** | | **$ 144,586.40** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David Black | Exemptions | 8100-002 | 10,000.00 |
| David R. Black and Shaila M. Black | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 39,161.75 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 49,161.75** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 8,021.23 | 8,021.23 | 8,021.23 |
| Zane L. Zielinski | 2200-000 | NA | 23.10 | 23.10 | 23.10 |
| Arthur B. Levine Company | 2300-000 | NA | 81.10 | 81.10 | 81.10 |
| Associated Bank | 2600-000 | NA | 506.04 | 506.04 | 506.04 |
| The Law Offices of William J. Factor, LTD | 3110-000 | NA | 6,726.50 | 6,726.50 | 6,726.50 |
| Law Offices of William J. Factor, LTD | 3120-000 | NA | 57.10 | 57.10 | 57.10 |
| Matthews & Associates | 3210-600 | NA | 43,375.92 | 43,375.92 | 43,375.92 |
| Matthews & Associates | 3220-610 | NA | 6,315.85 | 6,315.85 | 6,315.85 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 65,106.84 | $ 65,106.84 | $ 65,106.84 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (First Premier Bank) | 7100-000 | NA | 542.62 | 542.62 | 542.62 |
| 3 | Creditors Collection Bureau | 7100-000 | NA | 1,698.56 | 1,698.56 | 1,698.56 |
| 8 | Heights Finance Corp. | 7100-000 | NA | 2,431.50 | 2,431.50 | 2,431.50 |
| 6 | Matthew Mosher | 7100-000 | NA | 7,000.60 | 7,000.60 | 7,000.60 |
| 7 | Pain & Spine Institute | 7100-000 | NA | 11,480.56 | 11,480.56 | 11,480.56 |
| 2 | World Finance | 7100-000 | NA | 2,011.74 | 2,011.74 | 2,011.74 |
| 5 | Creditors Discount & Audit Co | 7200-000 | NA | 3,934.80 | 3,934.80 | 3,934.80 |
| 4 | Illinois Urologic Health Surgeons | 7200-000 | NA | 1,137.19 | 1,137.19 | 1,137.19 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Atlas Acquisitions Llc (First Premier Bank) | 7990-000 | NA | NA | NA | 1.44 |
| | Creditors Collection Bureau | 7990-000 | NA | NA | NA | 4.51 |
| | Creditors Discount & Audit Co | 7990-000 | NA | NA | NA | 10.44 |
| | Heights Finance Corp. | 7990-000 | NA | NA | NA | 6.45 |
| | Illinois Urologic Health Surgeons | 7990-000 | NA | NA | NA | 3.02 |
| | Matthew Mosher | 7990-000 | NA | NA | NA | 18.58 |
| | Pain & Spine Institute | 7990-000 | NA | NA | NA | 30.46 |
| | World Finance | 7990-000 | NA | NA | NA | 5.34 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 30,237.57 | $ 30,237.57 | $ 30,317.81 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-11774 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | David R. Black | | | | Date Filed (f) or Converted (c): | 03/31/2014 (f) |
| | Shaila M. Black | | | | 341(a) Meeting Date: | 05/08/2014 |
| For Period Ending: | 06/08/2016 | | | | Claims Bar Date: | 09/03/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 306 W Frech St, Streator IL 61364 | 31,000.00 | 1,200.00 | | 0.00 | FA |
| 2. Checking account - Streator Onized | 150.00 | 150.00 | | 0.00 | FA |
| 3. Savings account - Streator Onized | 100.00 | 100.00 | | 0.00 | FA |
| 4. Household goods and furnishings, including audio, video, and | 900.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 60.00 | 0.00 | | 0.00 | FA |
| 6. 401-K - Caterpillar | Unknown | Unknown | | 0.00 | FA |
| 7. 2001 Dodge | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 8. 2003 Jeep | 3,500.00 | 1,100.00 | | 0.00 | FA |
| 9. medical device settlement (u) | Unknown | 134,586.40 | | 144,586.40 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $38,710.00   $140,136.40   $144,586.40   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is investigating a personal injury case.

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | Petitioner, David Black, has an equitable interest in a document warranty deed to home. |
| RE PROP # | 3 | -- | Savings account - Streator Onized |
| RE PROP # | 4 | -- | Miscellaneous household goods, furniture & furnishings |
| RE PROP # | 5 | -- | Wearing apparel |
| RE PROP # | 6 | -- | 401-K - Caterpillar. The Debtor took a full exemption in this asset which was scheduled with an unknown value. |
| RE PROP # | 7 | -- | 2001 Dodge |
| RE PROP # | 8 | -- | 2003 Jeep |
| RE PROP # | 9 | -- | The Debtor failed to schedule this claim on Schedule B. The Debtor filed an Amended Schedule C to assert an exemption. The Debtor received an initial payment of $5,000 of their exemption, and the Trustee paid the remaining $10,000 exemption pursuant to a court order. |

Initial Projected Date of Final Report (TFR): 06/30/2016      Current Projected Date of Final Report (TFR): 06/30/2016

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-11774 | Trustee Name: Zane L. Zielinski | |
| Case Name: David R. Black | Bank Name: Associated Bank | |
| Shaila M. Black | Account Number/CD#: XXXXXX4461 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3262 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/08/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/11/15 | 9 | Infuse Litigation Team<br>2905 Sacektt Street<br>Houston Tx 77098 | Settlement Proceeds (PI Case) | 1242-000 | $144,586.40 | | $144,586.40 |
| 12/22/15 | 5001 | David Black | Personal Injury Exemption payment<br>306 W. Frech Street, Streator, IL 61364 | 8100-002 | | $10,000.00 | $134,586.40 |
| 12/23/15 | 5002 | Associates, Matthews &<br>2905 Sackett St.<br>Houston, Texas 77098<br>713 522-5250 (phone) | Special Counsel Fees | 3210-000 | | $43,375.92 | $91,210.48 |
| 12/23/15 | 5003 | Matthews & Associates<br>Matthews & Associates<br>2905 Sackett St.<br>Houston, Texas 77098 | Special Counsel Expenses | 3220-000 | | $6,315.85 | $84,894.63 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $114.01 | $84,780.62 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $154.64 | $84,625.98 |
| 02/29/16 | 5004 | Arthur B. Levine Company<br>Maria Sponza<br>Adams-Levine<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Bond Payment | 2300-000 | | $81.10 | $84,544.88 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $117.69 | $84,427.19 |
| 03/09/16 | 5005 | The Law Offices of William J. Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Attorney's fees | 3110-000 | | $6,726.50 | $77,700.69 |

Page Subtotals:   $144,586.40   $66,885.71

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-11774 | Trustee Name: | Zane L. Zielinski |
| --- | --- | --- | --- |
| Case Name: | David R. Black | Bank Name: | Associated Bank |
| | Shaila M. Black | Account Number/CD#: | XXXXXX4461 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3262 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/08/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/09/16 | 5006 | Law Offices of William J. Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, Illinois 60602 | Attorney's Expenses | 3120-000 | | $57.10 | $77,643.59 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $119.70 | $77,523.89 |
| 05/06/16 | 5007 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $8,044.33 | $69,479.56 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($8,021.23) | 2100-000 | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. | ($23.10) | 2200-000 | | |
| 05/06/16 | 5008 | Atlas Acquisitions Llc (First Premier Bank)<br>294 Union St.<br>Hackensack, Nj 07601 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $544.06 | $68,935.50 |
| | | | | ($1.44) | 7990-000 | | |
| | | Atlas Acquisitions Llc (First Premier Bank) | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($542.62) | 7100-000 | | |
| 05/06/16 | 5009 | World Finance<br>2744 Columbus St<br>Ottawa, Il 61350 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $2,017.08 | $66,918.42 |
| | | | | ($5.34) | 7990-000 | | |
| | | World Finance | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($2,011.74) | 7100-000 | | |
| 05/06/16 | 5010 | Creditors Collection Bureau<br>755 Almar Parkway<br>Bourbonnais Il 60914 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | $1,703.07 | $65,215.35 |
| | | | | ($4.51) | 7990-000 | | |

Page Subtotals: $0.00  $12,485.34

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-11774 | Trustee Name: | Zane L. Zielinski |
| Case Name: | David R. Black | Bank Name: | Associated Bank |
| | Shaila M. Black | Account Number/CD#: | XXXXXX4461 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3262 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/08/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Creditors Collection Bureau | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($1,698.56) 7100-000 | | | |
| 05/06/16 | 5011 | Matthew Mosher | Final distribution to claim 6 representing a payment of 100.00 % per court order. | | | $7,019.18 | $58,196.17 |
| | | | | ($18.58) 7990-000 | | | |
| | | Matthew Mosher | Final distribution to claim 6 representing a payment of 100.00 % per court order. | ($7,000.60) 7100-000 | | | |
| 05/06/16 | 5012 | Pain & Spine Institute 744 Essington Rd Joliet, Il 60435-4912 | Final distribution to claim 7 representing a payment of 100.00 % per court order. | | | $11,511.02 | $46,685.15 |
| | | | | ($30.46) 7990-000 | | | |
| | | Pain & Spine Institute | Final distribution to claim 7 representing a payment of 100.00 % per court order. | ($11,480.56) 7100-000 | | | |
| 05/06/16 | 5013 | Heights Finance Corp. 169 Thunderbird Lane East Peoira, Il. 61536 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | | | $2,437.95 | $44,247.20 |
| | | | | ($6.45) 7990-000 | | | |
| | | Heights Finance Corp. | Final distribution to claim 8 representing a payment of 100.00 % per court order. | ($2,431.50) 7100-000 | | | |
| 05/06/16 | 5014 | Illinois Urologic Health Surgeons 600 E First St Spring Valley, Il 61362 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | $1,140.21 | $43,106.99 |
| | | | | ($3.02) 7990-000 | | | |
| | | Illinois Urologic Health Surgeons | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($1,137.19) 7200-000 | | | |
| 05/06/16 | 5015 | Creditors Discount & Audit Co 415 E Main St Po Box 213 Streator, Il 61364-0213 | Final distribution to claim 5 representing a payment of 100.00 % per court order. | | | $3,945.24 | $39,161.75 |

Page Subtotals: $0.00  $26,053.60

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-11774 | Trustee Name: Zane L. Zielinski | |
| Case Name: David R. Black | Bank Name: Associated Bank | |
| Shaila M. Black | Account Number/CD#: XXXXXX4461 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3262 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/08/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($10.44) | 7990-000 | | | |
| | | Creditors Discount & Audit Co | Final distribution to claim 5 representing a payment of 100.00 % per court order. | ($3,934.80) | 7200-000 | | | |
| 05/06/16 | 5016 | David R. Black and Shaila M. Black | Distribution of surplus funds to debtor. | 8200-002 | | $39,161.75 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $144,586.40 | $144,586.40 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $144,586.40 | $144,586.40 |
| Less: Payments to Debtors | $0.00 | $49,161.75 |
| Net | $144,586.40 | $95,424.65 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $39,161.75 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4461 - Checking | $144,586.40 | $95,424.65 | $0.00 |
| | $144,586.40 | $95,424.65 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $144,586.40 |
| Total Gross Receipts: | $144,586.40 |

Page Subtotals:   $0.00   $0.00